Entered: October 15th, 2018
Signed: October 12th, 2018

**SO ORDERED**

NO TIMELY OPPOSITION FILED.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

In re:

ROY A. WALLACE,                                         CHAPTER 13

        DEBTOR.                              CASE NO. 18-14827

DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR BCAPB LLC TRUST 2007-AB1
MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2007-AB1,

        MOVANT,

vs.

ROY A. WALLACE
and ROBERT S. THOMAS, II, TRUSTEE,

        RESPONDENTS.

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

    The Motion for Relief from the Automatic Stay filed by Deutsche Bank National Trust Company, as Trustee for BCAPB LLC Trust 2007-AB1 Mortgage Pass-Through Certificates, Series 2007-AB1, its assignees and/or successors in interest ("Movant"), no responsive opposition having been filed with the Court by the Trustee, Debtor, or Counsel for Debtor, it is by the United States Bankruptcy Court for the District of Maryland,

    **ORDERED** that relief from the automatic stay of 11 U.S.C. §362(a) in the above- captioned case is granted in favor of Movant and as to any purchaser at a foreclosure sale conducted at the direction of the Movant under the provisions of the Deed of Trust dated December 28, 2006, regarding the real property commonly known as 2804 Beckon Drive, Edgewood, MD 21040, and recorded among the land records of the city/county of Unknown, Maryland.

    **ORDERED** that entry of this Order shall be deemed to constitute relief from the Automatic Stay as to any interest the Chapter 13 Trustee may have in the subject property.

    **ORDERED** that in the event of foreclosure, if the Debtor fails to voluntarily vacate the premises the successful purchaser may pursue the necessary legal means to obtain possession of the property.

**ORDERED** that in the event of foreclosure sale of the subject property is consummated and surplus funds exist as a result of such sale, a copy of the Report of Sale and all Auditor's reports shall be served on the Bankruptcy Trustee.

**ORDERED** that upon filing of the Report of Sale, the auditor shall be notified of the name and the address of the Bankruptcy Trustee to whom the surplus must be paid.

**ORDERED** that the provisions set forth in this Order shall apply to any subsequent assignee of the Movant and/or their successors in interest.

**ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Movant.

## SERVICE LIST

| | |
|---|---|
| Roy A. Wallace<br>3425 Tewkesbury Rd<br>Abingdon, MD 21009-1095 | Debtor |
| James R. Logan<br>2419 Maryland Avenue<br>Baltimore, MD 21218 | Counsel for Debtor |
| Robert S. Thomas, II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286 | Chapter 13 Trustee |
| Deutsche Bank National Trust Company, as Trustee for BCAPB LLC Trust 2007-AB1 Mortgage Pass-Through Certificates, Series 2007-AB1<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715 | Movant |
| Randa S. Azzam<br>RAzzam@siwpc.com<br>611 Rockville Pike<br>Suite 100<br>Rockville, MD 20852 | Counsel for Movant |

## END OF ORDER